◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE RHYNE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Craw-

*ford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, Dillon, J.—petit larceny.) Present—Doerr, J. P., Denman, Boomer, Lawton and Davis, JJ.